**No. 59647.**—The Otto Gerdau Co. et al. *v.* United States, protests 258530–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed not found, or as manifested not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as not landed not found, or as manifested not found. The protests were sustained to this extent.

**No. 59648.**—Zauder Bros., Inc. *v.* United States, protest 246074–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of human hair similar in all material respects to that the subject of *Dorf International, Ltd.* v. *United States* (34 Cust. Ct. 164, C. D. 1699), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 19, 1956

**No. 59649.**—Ira Furman Co. *v.* United States, protest 232137–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of table lighters, pistol type, similar in all material respects to those the subject of Abstract 59275, the claim of the plaintiff was sustained.